UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTIN A. PAYNE,<br>Defendant. | Case No. 2:25-cv-2323-TLN-JDP (PS)<br><br>ORDER AFTER HEARING |

This case was before the court on November 5, 2026, for scheduling conference. Attorney Kenneth Watnick appeared on behalf of plaintiff, and defendant did not appear. For the reasons stated on the record, it is hereby ORDERED that this action is stayed until March 31, 2027. The parties shall file status reports by April 2, 2027, addressing the status of this action.

IT IS SO ORDERED.

Dated: November 12, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE